UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -v-                                                                              20-CR-221 (PAE)

LUIS RIVERA,                                                                      ORDER

                     Defendant.

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      For the reasons stated on the record at today's telephone conference, the Court upheld the Magistrate Judge's ruling ordering the defendant detained on the grounds of danger to the community, and denied the defendant's motion for release pursuant to 18 U.S.C. § 3142(i).

      The Court schedules the next conference in this case for **June 2, 2020** at **11:00 a.m.** For the reasons stated on the record of the conference, the Court excludes time, pursuant to 18 U.S.C. § 3161(h)(7)(A), until June 2, 2020.

      SO ORDERED.

                                                                    PAUL A. ENGELMAYER
                                                                  United States District Judge

Dated:  March 26, 2020
           New York, New York