**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 26, 2020

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**   **United States v. Luis Rivera**
         **20 Cr. 221 (PAE)**

Dear Judge Engelmayer,

    I write with the consent of the Government to respectfully request an adjournment of the status conference, presently scheduled for June 2, 2020, of approximately 30 days. Mr. Rivera has received the discovery in this matter and is in the process of reviewing it. The defense consents to the exclusion of time under the Speedy Trial Act.

    Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Assistant Federal Defender
(212) 417-8719

cc:   AUSA Jamie Bagliebter (via ECF)

**GRANTED.** The conference is adjourned to June 25, 2020 at 10:30 a.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until June 25, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 14.

SO ORDERED.                         5/26/2020

_____
PAUL A. ENGELMAYER
United States District Judge